# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ALMA ROBINSON                                                                                           PLAINTIFF

v.                                           2:11-CV-00221-BRW

CMH HOMES, INC.,
D/B/A CLAYTON HOMES OF
JONESBORO, ARKANSAS                                                                          DEFENDANTS

## ORDER

Pending is Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond (Doc. No. 4).  Defendant's Motion is GRANTED.  Defendant must answer or otherwise respond to Plaintiff's complaint by 5:00 p.m., Friday, December 23, 2011.

IT IS SO ORDERED this 7th day of December, 2011 (Pearl Harbor Day).


                                                            /s/Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE