IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALMA ROBINSON                                                                                      PLAINTIFF

v.                                          2:11-CV-00221-BRW

CMH HOMES, INC., d/b/a
CLAYTON HOMES OF JONESBORO,
ARKANSAS                                                                                             DEFENDANT

## ORDER

Pending is Plaintiff's Motion to Remand to State Court (Doc. No. 3) Defendant has not responded and the time for doing so has passed.[1] For the reasons set out below, Plaintiff's Motion is GRANTED.

On October 25, 2011, Plaintiff sued Defendant, a Tennessee corporation, in the Circuit Court of Lee County, Arkansas.[2] Plaintiff seeks $3,572 in compensatory damages for past medical expenses, plus $50,000 as compensatory damages for future medical expenses, pain, suffering, and mental anguish.[3]

Defendant removed this case on November 30, 2011 based on diversity jurisdiction.[4] District courts have diversity jurisdiction when the case is between citizens of different States and the amount in controversy exceeds the sum of $75,000.[5] Plaintiff asks that this case be

---

[1] A response was due by December 22, 2011.

[2] Doc. No. 2.

[3] *Id*.

[4] Doc. No. 1.

[5] 28 U.S.C. § 1332(a).

1

remanded to state court because the amount in controversy is less than $75,000.[6] Plaintiff seeks damages of only $53,572, and Defendant has not shown otherwise. Accordingly, Plaintiff's Motion is GRANTED and this case is REMANDED under 28 U.S.C. § 1447(c) to the Circuit Court of Lee County, Arkansas.

    IT IS SO ORDERED this 23rd day of December, 2011

                                      /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE

---

[6]Doc. No. 3.